*E. P. Davis* and *Isaac S. Peebles Jr.,* contra.

---

## BELL *v.* ASKINS.

FISH, C. J. The evidence submitted before the ordinary on the trial of a habeas-corpus case not demanding the judgment rendered by him, the discretion of the judge of the superior court in sustaining a certiorari and granting a first new trial will not be interfered with by the Supreme Court. *Flanders* v. *Wood,* 113 *Ga.* 635 (38 S. E. 975); *Shirley* v. *Swafford,* 119 *Ga.* 43 (45 S. E. 722); *Bryant* v. *Ridgeway,* 126 *Ga.* 733 (55 S. E. 932); Civil Code (1910), § 6204.

*Judgment affirmed. All the Justices concur.*

No. 1976. OCTOBER 13, 1920.

Certiorari. Before Judge Harrell. Decatur superior court. February 18, 1920.

*W. V. Custer,* for plaintiff in error.

*Hartsfield & Conger,* contra.